| | |
|---|---|
| Sabrina A. Beldner (CA SBN 221918) | Meghaan C. Madriz (admitted *pro hac vice*) |
| sbeldner@mcguirewoods.com | mmadriz@mcguirewoods.com |
| **MCGUIREWOODS LLP** | **MCGUIREWOODS LLP** |
| 1800 Century Park East, 8th Floor | 845 Texas Ave. 24th floor |
| Los Angeles, CA 90067-1501 | Houston, TX 77002 |
| Telephone: 310-315-8200 | Telephone: 713-571-9191 |
| Facsimile: 310-315-8210 | Facsimile: 713-571-9652 |

Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Defendant*,
THE HERTZ CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEUTRON HOLDINGS, INC. DBA LIME, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 3:23-cv-00934-JSC<br><br>**[PROPOSED] ORDER AND STIPULATION TO EXTEND INITIAL CASE MANAGEMENT DEADLINES** |

Pursuant to Local Civil Rules 6-1, 6-2, and 7-12, Plaintiff Neutron Holdings, Inc. dba Lime ("Lime") and Defendant The Hertz Corporation ("Hertz") hereby stipulate to further extend certain case management and discovery deadlines, including Hertz's deadline to file a responsive pleading, pending the parties' continued good-faith settlement negotiations, as set forth below.

WHEREAS, on June 8, 2023, the Court denied in part and granted in part Hertz's motion to dismiss, denying the motion as to Lime's DTSA claim, Intentional and Negligent Interference with Prospective Economic Relations claims, and Unfair Competition claim, but dismissing claims for Inducing Breach of Contract and Intentional Interference With Contract, with 20-days' leave to amend;

WHEREAS, on June 8, 2023, the Court referred the parties to the Court's ADR program for a mediation to occur at a time and place agreed to by the parties and the mediator, and encouraged the parties to work together to attempt to resolve this matter sooner rather than later;

WHEREAS, the deadline for mediation to be completed is currently set for September 29, 2023;

WHEREAS, the Court's Pretrial Order set June 23, 2023 as the deadline for the parties to exchange initial disclosures;

WHEREAS, Lime served initial discovery requests and interrogatories on Hertz on June 2, 2023;

WHEREAS, in order to facilitate direct settlement negotiations, on August 11, 2023, the parties agreed to extend Hertz's deadline to file a responsive pleading to September 22, 2023, and to extend the parties' deadline to exchange initial disclosures and Hertz's deadline to respond to Lime's initial discovery requests to September 22, 2023 (ECF No. 57);

WHEREAS, on August 11, 2023, the Court granted the parties' stipulation (ECF No. 58);

WHEREAS, the parties have continued to engage in good faith in direct settlement negotiations, and in order to further facilitate those negotiations have agreed to further extend Hertz's deadlines to file a responsive pleading and to respond to Lime's initial discovery requests to October 6, 2023, and have agreed to further extend the parties' deadline to exchange initial disclosures to October 6, 2023;

|   |   |
|---|---|
| 1 | WHEREAS, the case management conference is set for October 5, 2023 at 1:30 p.m.; |
| 2 | WHEREAS, the parties and mediator have scheduled mediation for September 29, 2023 at |
| 3 | 9:00 a.m.; |
| 4 | WHEREAS, there have been four extensions sought and granted in this case (ECF Nos. 14, |
| 5 | 50, 53 and 57); and |
| 6 | WHEREAS, other than as set forth below, the parties agree that all other deadlines will |
| 7 | remain in place. |
| 8 | **NOW THEREFORE**, subject to the Court's approval, it is hereby stipulated and agreed |
| 9 | between Lime and Hertz, through their undersigned counsel, as follows: |
| 10 | 1. Hertz's deadline to file a responsive pleading to Lime's Second Amended Complaint |
| 11 | (ECF No. 16) is extended until October 6, 2023. |
| 12 | 2. The parties' deadline to exchange initial disclosures and Hertz's deadline to respond to |
| 13 | Lime's initial discovery requests are continued from September 22, 2023, to October 6, 2023; |
| 14 | 3. Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, or |
| 15 | challenges either party may have in this action including, without limitation, with respect to the |
| 16 | other's pleading(s). |
| 17 |   |
| 18 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.** |
| 19 |   |
| 20 | Dated:  September 18, 2023                    Respectfully submitted, |
| 21 |                                                                       BOIES SCHILLER FLEXNER LLP |
| 22 |                                                                       By: */s/ Maxwell V. Pritt* |
| 23 |                                                                              Maxwell V. Pritt |
| 24 |                                                                       Attorneys for Defendant, |
|    |                                                                       THE HERTZ CORPORATION |

Dated: September 18, 2023                MORRISON & FOERSTER LLP

                                         By: */s/ Cooper J. Spinelli*
                                             Eric Akira Tate
                                             Cooper J. Spinelli

                                             Attorneys for Plaintiff,
                                             NEUTRON HOLDINGS, INC. DBA LIME

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September ___, 2023          _____
                                    The Honorable Jacqueline Scott Corley
                                    United States District Judge

## ATTESTATION

I, Maxwell V. Pritt, am the ECF user whose identification and password are being used to file the foregoing Joint Initial Case Management Statement. In compliance with Rule 5-1(i)(3) of the Local Civil Rules, I hereby attest that all of the above signatories have concurred in the filing of this document.

Dated: September 18, 2023 
/s/ *Maxwell V. Pritt*
Maxwell V. Pritt