| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Maxwell V. Pritt (SBN 253155)<br>mpritt@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800/ Fax: (415) 293-6899<br><br>Sabrina A. Beldner (CA SBN 221918)<br>sbeldner@mcguirewoods.com<br>MCGUIREWOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067-1501<br>Tel.: 310.315.8200/ Fax: 310.315.8210<br><br>Meghaan C. Madriz (admitted pro hac vice)<br>mmadriz@mcguirewoods.com<br>MCGUIREWOODS LLP<br>845 Texas Ave. 24th floor<br>Houston, TX 77002<br>Tel.: 713.571.9191/ Fax: 713.571.9652<br><br>Attorneys for Defendant,<br>THE HERTZ CORPORATION | ERIC AKIRA TATE (CA SBN 178719)<br>ETate@mofo.com<br>COOPER J. SPINELLI (CA SBN 299299)<br>CSpinelli@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff,<br>NEUTRON HOLDINGS, INC. DBA LIME |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEUTRON HOLDINGS, INC. DBA LIME, a Delaware corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation, *et al.*,<br><br>        Defendants. | CASE NO. 3:23-cv-00934-JSC<br><br>**JOINT NOTICE OF RESOLUTION** |

1  TO THE COURT AND ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that Plaintiff Neutron Holdings, Inc. dba Lime ("Lime") and Defendants The Hertz Corporation ("Hertz") and Kai Cong ("Cong") have resolved this matter. Lime anticipates filing a stipulation of dismissal and (proposed) order of dismissal upon the completion of specified terms that the parties expect to complete within the next 50 days. Accordingly, the parties respectfully request that all existing case deadlines, including the October 26, 2023 Case Management Conference, be vacated.

Dated: October 17, 2023

Respectfully submitted,

MCGUIREWOODS LLP

By: /s/ Sabrina Beldner
Sabrina Beldner

Attorneys for Defendant,
THE HERTZ CORPORATION

Dated: October 17, 2023

MORRISON & FOERSTER LLP

By: /s/ Eric A. Tate
Eric A. Tate

Attorneys for Plaintiff,
NEUTRON HOLDINGS, INC. DBA LIME

## ATTESTATION

I, Sabrina Beldner, am the ECF user whose identification and password are being used to file the foregoing Joint Notice of Resolution.  In compliance with Rule 5-1(i)(3) of the Local Civil Rules, I hereby attest that all of the above signatories have concurred in the filing of this document.

Dated: October 17, 2023            /s/ Sabrina Beldner
                                   Sabrina Beldner